be crude and therefore held entitled to free entry under paragraph 1669, and others found to be drugs, advanced, were held dutiable at 10 percent under paragraph 34, following *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) and Abstract 44821; (3) merchandise assessed as shelled almonds was held dutiable at 3 cents per pound as apricot kernels under paragraph 762, following Abstract 34104; (4) milled rice was held dutiable at ⅝ cent per pound on the broken content thereof, as set out in decision herein, under paragraph 727, following *United States* v. *Great Pacific Co.* (T. D. 48192).

BEFORE THE THIRD DIVISION, JULY 8, 1944

**No. 49608.**—Protests 108101–K, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by CLINE, J.  It was stipulated that the trays are composed wholly or in chief value of brass, not plated, used chiefly for utilitarian purposes on the table or in the household, and are the same in all material respects as exhibits 1 to 6 inclusive, in *Strauss* v. *United States* (9 Cust. Ct. 342, C. D. 710).  In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 49609.**—Protests 104574–K, etc., of China Overseas, Inc., et al. (New York).

Opinion by CLINE, J.  In accordance with stipulation of counsel that the trays in question are of brass, copper, or pewter, not plated, used chiefly for utilitarian purposes on the table or in the household, those in chief value of brass, similar to exhibits 1 to 6 inclusive in *Strauss* v. *United States* (9 Cust. Ct. 342, C. D. 710), were held dutiable at 40 percent under paragraph 339; those in chief value of copper (not brass), similar to exhibits 1 to 6 in said C. D. 710, were held dutiable at 35 percent under paragraph 339 as amended by the United Kingdom Trade Agreement (T. D. 49753); and those in chief value of pewter, the same in all material respects as exhibit 8 in said C. D. 710, were held dutiable at 25 percent under paragraph 339 as modified by the said trade agreement.

**No. 49610.**—Protests 81581–K, etc., of Sullivan & Kennedy et al. (Buffalo).

Opinion by CLINE, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823).  In accordance therewith the claim at 5 percent under paragraph 731, as modified, was sustained.

**No. 49611.**—Protests 72756–K, etc., of Frank B. Ham & Co., Ltd., et al. (Buffalo).

Opinion by CLINE, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823).  In accordance therewith the claim at 5 percent under paragraph 731, as modified, was sustained.